IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER RAMSEY                                                                                         PLAINTIFF
ADC #707999

V.                                            No. 4:11CV00438 JLH

JENNIFER NEWTON, *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of July, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE